IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JORGE LUIS MAGANA-VALENCIA,

    Defendant.
_____/

Cr. S-94-0246-DFL

O R D E R

On March 7, 2005, defendant moved for review of his sentence, asking the court to vacate, set aside, or correct his sentence. The court construes this as a motion for relief under 28 U.S.C. § 2255. Defendant has not complied with the requirement that a "second or successive" motion be certified as provided in § 2244 by a panel of the appropriate court of appeals. Therefore, the March 7, 2005 motion is DISMISSED.

IT IS SO ORDERED.

Dated: 6/30/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge