HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE LUIS MAGANA VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 94-246 JAM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JORGE LUIS MAGANA VALENCIA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable JOHN A. MENDEZ |

Defendant, JORGE LUIS MAGANA VALENCIA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 18, 1995, this Court sentenced Mr. Valencia to a term of 300 months imprisonment as to each of Counts 1 and 2, to be served concurrently, for a total term of 300 months;

3. His total offense level was 38, his criminal history category was III, and the resulting guideline range was 292 to 365 months;

1    4.     The sentencing range applicable to Mr. Valencia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Valencia's total offense level has been reduced from 38 to 36, and his amended guideline range is 235 to 293 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Valencia's term of imprisonment to a total term of 243 months.

Respectfully submitted,

Dated:  November 21, 2014                Dated:   November 21, 2014

BENJAMIN B. WAGNER                       HEATHER E. WILLIAMS
United States Attorney                   Federal Defender


 /s/ *Jason Hitt*                         /s/ *David M. Porter*
JASON HITT                               DAVID M. PORTER
Assistant U.S. Attorney                  Assistant Federal Defender

Attorney for Plaintiff                   Attorney for Defendant
UNITED STATES OF AMERICA                 JORGE LUIS MAGANA VALENCIA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valencia is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 235 to 293 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 1995 is reduced to a term of 243 months imprisonment as to each of Counts 1 and 2, to be served concurrently, for a total term of 243 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Valencia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   November 24, 2014

                                  /s/ John A. Mendez_____

                                  HONORABLE JOHN A. MENDEZ_____  
                                  United States District Court Judge